# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00662-CV

**In re Rolando Pablos, Secretary of State for the State of Texas, and
Keith Ingram, Director, Texas Elections Division of the Secretary of State**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## O R D E R

**PER CURIAM**

Relators have filed a petition for writ of mandamus and an emergency motion for temporary relief. *See* Tex. R. App. P. 52.1, 52.10(a). We grant the emergency motion and temporarily stay all proceedings in the underlying case, including discovery and the temporary-injunction hearing set for October 16, 2017, pending further order of this Court. *See id.* R. 52.10(b). The Court orders the real parties in interest, League of Women Voters of Texas, Texas State Conference of the National Association for the Advancement of Colored People, and Ruthann Geer, to file a response to the petition for writ of mandamus on or before October 23, 2017.

It is so ordered October 12, 2017.

Before Justices Puryear, Field, and Bourland